**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **ALBERTO ALATORRE,** | ) |
| | ) |
|     **Plaintiff** | ) |
| | )    **3:08-CV-215-WKW** |
| **v.** | ) |
| | ) |
| **MACTEC, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

**NOTICE OF APPEARANCE**

    Comes Now, Roderick T. Cooks and the law firm Winston Cooks, LLC and enters a Notice of Appearance on behalf of the Plaintiff, Alberto Alatorre, in the above styled case.

                                              Respectfully Submitted,
                                              /s/Roderick T. Cooks
                                              Lee Winston
                                              Roderick T. Cooks

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel:  (205)502-0970
Fax: (205)251-0231
email: lwinstion@winstoncooks.com
email: rcooks@winstoncooks.com