IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

Alberto Alatorre ,)
)
)
    Plaintiff, )
)
v. ) CASE NO. 3:08-CV-215-WKW
)
MACTEC, Inc. )
,)
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Alberto Alatorre , a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____
Date

s/Roderick T. Cooks
(Signature)

Roderick T. Cooks
(Counsel's Name)

Alberto Alatorre
Counsel for (print names of all parties)

Address, City, State Zip Code

Telephone Number

**WINSTON COOKS, LLC**
The Penick Building
319 17th Street North
Birmingham, AL 35203