IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALBERTO ALATORRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0215-WKW |
| ) | |
| MACTEC, INC., ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Upon consideration of the plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. # 2), it is ORDERED that the application is DENIED without prejudice for failure to complete the application. If the answer to any of the subsections of Question Three is "yes," the applicant must describe each source of money, state the amount received, and state what he expects to continue to receive. The plaintiff answered Question 3.c. in the affirmative, but he failed to provide the required additional information. Furthermore, the applicant failed to answer Question Five.

Without the required financial information, the court is unable to make a determination of financial hardship at this time. If he still wishes to proceed *in forma pauperis*, the plaintiff is instructed to file an amended application **on or before April 17, 2008**, correcting the noted deficiencies.

DONE this 7th day of April, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE