IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALBERTO ALATORRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0215-WKW |
| ) | |
| MACTEC, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It having come to the court's attention that the plaintiff has not paid his filing fee and has missed his deadline to re-apply for leave to proceed *in forma pauperis*, it is ORDERED that the plaintiff shall show cause in writing **on or before May 2, 2008**, why his case should not be dismissed for failure to prosecute.

DONE this 24th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE