AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __ALBAMA__

RECEIVED 2008 APR 24 P 1:47
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Alberto Alatovre
Plaintiff

V.

MacTec, Inc.
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 3:08-cv-0215-WKW

I, __Alberto Alatovre__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __CDA, Inc./Security officer 13.55 per hour + 3.25 per hour for health & welfare/ March 1, 2008 last date of employment Let go b/c being classified as unsuitable for work.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☒ Yes    ☐ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I receive 920.00 per month as a disabled veteran. I began receiving this payment in approximately March 2005.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   2004 Thunderbird            both cars are not paid for
   2005 Mitsubishi Galant
   Purchasing my home

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Lorraine Hardy — Common Law Wife depends on me for support.

I declare under penalty of perjury that the above information is true and correct.

24/Apr/08                    Alletis G. Alatone
_____                  _____
    Date                      Signature of Applicant


**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.