**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Mactec, Inc.
1105 Lakewood Parkway
Suite 300
Alpharetta, GA 30004

2. A
   r

PS Form 3811, February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Vicki Shiflin
C. Date of Delivery: 5-19-08

address different from item 1? ☐ Yes
ter delivery address below: ☐ No

08cv215
WC

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

☐ Yes

Domestic Return Receipt                102595-02-M-1540