IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERTO ALATORRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-cv-0215-WKW |
| | ) | |
| MACTEC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the defendant's unopposed Motion for Time for Defendant to Answer Complaint (Doc. # 12), it is ORDERED that the motion is GRANTED. The deadline for the defendant to file an answer or other responsive pleading is extended from June 9, 2008, to **June 16, 2008.**

DONE this 12th day of June, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE