UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALBERTO ALATORRE, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| -vs.- | ) 3:08-cv-215-WKW |
| MACTEC, INC., | ) |
| Defendant. | ) |

**DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1 and the June 12, 2007, standing order of this Court, Defendant MACTEC, Inc. hereby discloses the following entities as subsidiaries and other entities affiliated with MACTEC, Inc.:

Subsidiaries of MACTEC, Inc.

    MACTEC Engineering & Consulting, Inc.

    MACTEC Development Corporation

    MACTEC Constructors, Inc.

    MACTEC Mexico S.A. de C.V. (10% ownership)

Subsidiaries of MACTEC Engineering & Consulting, Inc.

    MACTEC E&C, LLC (f/k/a MACTEC-SBP Technologies Company, LLC)

    MACTEC Federal Programs, Inc.

    MACTEC Environmental Consultants, Inc.

    MACTEC Architectural Services, Inc.

MACTEC Consulting, LLC

MACTEC Engineering and Consulting of MI, Inc.

MACTEC Mexico S.A. de C.V. (90% ownership)

MACTEC E&C International, Inc.

NexDSS, Inc.

Subsidiary of MACTEC Federal Programs, Inc.

MACTEC Programs, LLC

Subsidiary of MACTEC Constructors, Inc.

MAC Constructors, Inc.

Subsidiary of MACTEC E&C International, Inc.

MACTEC Engineering and Consulting, S.A. (98% ownership)

Affiliated Entities

MACTEC Engineering and Consulting, P.C.

MACTEC Facilities Design, LLC

MACTEC Engineering and Consulting – Caribe, P.S.C

Respectfully submitted this 17th day of June, 2008.

/s/Michael B. Beers
MICHAEL B. BEERS [BEERM4992]
CONSTANCE T. BUCKALEW [BUCKC3785]
ANGELA T. BAKER [TAYLA2713]
BEERS, ANDERSON, JACKSON, PATTY
 & FAWAL, P.C.
P.O. Box 1988
Montgomery, Alabama  36102-1988
TEL:  (334) 834-5311 / FAX: (334) 834-5362
Counsel for Defendant, MACTEC, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

            Roderick T. Cooks, Esq.
            rcooks@winstoncooks.com
            Winston Cooks, LLC
            319 Seventeenth Street North
            Birmingham, Alabama  35203

            Counsel for Plaintiff

on this 17th day of June, 2008.

            /s/Michael B. Beers
            Of Counsel