UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALBERTO ALATORRE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| -vs.- | ) | 3:08-cv-215-WKW |
| | ) | |
| MACTEC, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Comes now Constance T. Buckalew, who is admitted to practice before this Court and is a member in good standing of the United States District Court for the Middle District of Alabama, and hereby respectfully moves, pursuant to Local Rule 83.1(b), for the admission of Victoria L. Helms to appear before the Court, pro hac vice, for the purpose of representing Defendant MACTEC, Inc. in this case. Movant shows unto the Court the following:

1.       As evidenced by the Certificate of Good Standing attached hereto as Exhibit 1, Ms. Helms is a member in good standing of the United States District Court for the Northern District of Georgia, the district in which she resides and regularly practices law.

2.   Contact information for Ms. Helms is as follows:

>   Victoria L. Helms
>   Helms & Greene, LLC
>   115 Perimeter Center Place, Suite 635
>   Atlanta, Georgia  30346
>   Main Office:  (770) 206-3371
>   Direct Dial:  (770) 505-6018
>   Facsimile:  (770) 206-3381
>   Email:  vhelms@helmsgreene.com

3.   Ms. Helms has registered for filing with CM/ECF in this Court.

Respectfully submitted this 1st day of August, 2008.

>   /s/Constance T. Buckalew
>   CONSTANCE T. BUCKALEW [BUCKC3785]
>   MICHAEL B. BEERS [BEERM4992]
>   ANGELA T. BAKER [TAYLA2713]
>   BEERS, ANDERSON, JACKSON, PATTY
>    & FAWAL, P.C.
>   P.O. Box 1988
>   Montgomery, Alabama  36102-1988
>   TEL:  (334) 834-5311 / FAX: (334) 834-5362
>   Counsel for Defendant, MACTEC, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Roderick T. Cooks, Esq.
>rcooks@winstoncooks.com
>Winston Cooks, LLC
>319 Seventeenth Street North
>Birmingham, Alabama 35203
>
>Counsel for Plaintiff

on this 1st day of August, 2008.

                              /s/Constance T. Buckalew
                              Of Counsel



### CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

       I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

       **DO HEREBY CERTIFY** that **VICTORIA L. HELMS, 344228,** was duly admitted to practice in said Court on January 27, 1997 and is in good standing as a member of the bar of said Court.

       Dated at Atlanta, Georgia, this 20th day of June, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk

