```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005971
Cashier ID: christin
Transaction Date: 08/01/2008
Payer Name: BEERS ANDERSON
--------------------------------------
PRO HAC VICE
  For: VICTORIA L. HELMS
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $50.00
--------------------------------------
CHECK
  Check/Money Order Num: 30671
  Amt Tendered: $50.00
--------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

Alatorre v. Mactec, Inc.


3:08-cv-00215-WKW-WC
```