IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALBERTO ALATORRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:08-cv-215-WKW |
| | ) |
| MACTEC, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion for Admission Pro Hac Vice of Victoria L. Helms (Doc. # 22) filed on August 1, 2008, it is ORDERED that the motion is GRANTED.

Done this 5th day of August, 2008.

　　　　　　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE